Colby Qualls (Cal. Bar No. 350634)
cqualls@foresterhaynie.com
FORESTER HAYNIE PLLC – Little Rock
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (214) 210-2100

*Counsel for Plaintiffs and the Proposed*
*Class and Collective Action Members*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Laura Carlton, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Universal Protection Service, LP d/b/a/ Allied Universal Security Services,<br><br>Defendant. | **Case No.: 8:24-cv-00751-JGB(SPx)**<br><br>**JOINT MOTION FOR EXTENSION OF TIME**<br><br>Judge:         Hon. Jesus G. Bernal<br>Date:          February 9, 2026<br>Time:          9:00 AM<br>Courtroom:  Riverside, Courtroom 1 |

- 1 -          Case No. 8:24-cv-00751-JGB(SPx)
Joint Motion for Extension of Time

On January 22, 2025, Plaintiff Laura Carlton and Defendant Universal Protection Service, LP dba Allied Universal Security Services (collectively "the Parties") filed their Joint Stipulation and Request to Amend Complaint, Send Notice, & For Conditional Certification, and to Stay Action Pending Mediation through September 26, 2025. ECF No. 107. On February 5, 2025, the Court entered its Order Granting Joint Stipulation and Request to Amend Complaint, Send Notice, & For Conditional Certification, and To Stay Action Pending Mediation through September 26, 2025. ECF No. 108. The Parties thereafter completed the Notice and opt-in process and anticipated being able to complete the informal data exchange and mediation by the end of September. The process of finalizing the opt-in list and pulling data for mediation was more time consuming than anticipated, despite the Parties working diligently throughout the process. As a result, the Parties agreed to continue mediation to January 15, 2026, and jointly request that the stay of the action be extended to February 3, 2026, other than to allow the filing of a Second Amended Complaint, with the Parties to file a status report or scheduling proposal by February 3, 2026. ECF No. 140. The Court granted this extension on October 1, 2025, ECF 141. Unfortunately, despite the Parties' continued diligent efforts, additional time is required and the mediation was again rescheduled to March 2, 2026, due to ongoing data review and the mediator's availability. As such, the Parties jointly request that the stay of the action be extended to March 17, 2026, other than to allow the filing of

- 2 -   Case No. 8:24-cv-00751-JGB(SPx)
Joint Motion for Extension of Time

a Second Amended Complaint, with the Parties to file a status report or scheduling proposal by March 17, 2026.

WHEREFORE, the Parties respectfully request that the Court enter an order approving the stipulations contained herein.

Dated:

Respectfully submitted,

By:   *s/ Colby Qualls*
Colby Qualls

**FORESTER HAYIE PLLC**

Colby Qualls (Cal. Bar No. 350634)
cqualls@foresterhaynie.com
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (214) 210-2100

*Counsel for Plaintiffs and the Proposed Class and Collective Action Members*

MARTENSON HASBROUCK & SIMON LLP

*/s/Robin E. Largent*
By: _____
Robin E. Largent

*Counsel for Defendant Universal Protection Service, LP*

- 3 -        Case No. 8:24-cv-00751-JGB(SPx)
Joint Motion for Extension of Time