**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| Laura Carlton, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Universal Protection Service, LP d/b/a/ Allied Universal Security Services,<br><br>Defendant. | **Case No.: 8:24-cv-00751-JGB(SPx)**<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

On January 26, 2025, the Parties filed their Joint Motion for Extension of Time. ECF No. 198. The Court, having considered the Joint Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

The Court further extends the STAY of these proceedings, other than to allow the filing of a Second Amended Complaint, until March 17, 2026, to allow the Parties the opportunity to participate in mediation. The Parties must file either a status report or scheduling proposal by March 17, 2026.

- 1 -                   Case No. 8:24-cv-00751-JGB(SPx)

**IT IS SO ORDERED.**

Dated:   January 30, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

*s/ Colby Qualls*
Colby Qualls

**FORESTER HAYNIE PLLC**

Colby Qualls (Cal. Bar No. 350634)
cqualls@foresterhaynie.com
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (214) 210-2100

*Counsel for Plaintiffs and the Proposed Class
and Collective Action Members*

and

**MARTENSON HASBROUCK & SIMON LLP**

*/s/ Robin E. Largent*
Robin E. Largent

*Counsel for Defendant Universal Protection Service, LP*