**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| Laura Carlton, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>        v.<br>Universal Protection Service, LP d/b/a/ Allied Universal Security Services,<br><br>    Defendant. | **Case No.: 8:24-cv-00751-JGB(SPx)**<br><br>**JOINT NOTICE OF SETTLEMENT** |

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff Laura Carlton, individually and on behalf of all others similarly situated and Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services have reached a settlement in principle, the Parties are in the process of finalizing and memorializing their settlement, and expect to file settlement-approval related papers within 90 days from the filing of this Joint Notice of Settlement.

Respectfully submitted,

By:    *s/ Colby Qualls*
        Colby Qualls

**FORESTER HAYIE PLLC**

Colby Qualls (Cal. Bar No. 350634)
cqualls@foresterhaynie.com
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (214) 210-2100

- 1 -              Case No. 8:24-cv-00751-JGB(SPx)

*Counsel for Plaintiffs and the Proposed Class and Collective Action Members*

MARTENSON HASBROUCK & SIMON LLP


By: _s/ Robin E. Largent_
      Robin E. Largent
      Counsel for Defendant Universal Protection Service, LP